# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Elizabeth Marie Tullman**; DOB: 1982; United States<br>**James David Slocum**; DOB: 1985; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-13173MJ |
| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 18, 2025, in the District of Arizona, **Elizabeth Marie Tullman** and **James David Slocum**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Manuel Valera-Alcoser, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 18, 2025, in the District of Arizona (Benson), Border Patrol Agents (BPAs) were notified that a State Trooper with the Arizona Department of Public Safety (DPS) was requesting back up at the Circle K at the corner of 4th Street and Huachuca Street in Benson, Arizona. As BPAs arrived on scene, DPS was removing the driver to talk to her, and was later identified as **Elizabeth Maria Tullman.** BPAs approached the vehicle and noticed a passenger, later identified as **James David Slocum**, in the front seat and two feet protruding from under a cover in the rear of the vehicle. BPAs asked **Slocum** if there was anyone else in the vehicle. He answered, "No". BPAs then asked him who was in the back of the vehicle, to which he answered he did not know. BPAs asked **Slocum** for permission to look through the vehicle and to open the doors to which he answered, "Yes". BPAs then turned to **Tullman** and asked her permission to search the vehicle, and she said it was **Slocum's** vehicle. BPAs opened the back hatch of the vehicle and immediately noticed a head protruding from under a cover. This rear passenger was later identified as Manuel Isai Valera-Alcoser. BPAs questioned the individual as to his citizenship, to which he answered he had a Visa at home in Phoenix. Due to his claim of legal status in the United States, BPAs ran record checks to validate his claim. While BPAs were waiting for his records to return, they asked once again if he was legally in the United States, to which he answered he was illegally present in the United States. Record checks revealed Valera is a citizen and national of Mexico who does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Manuel Isai Valera-Alcoser stated he is a citizen and national of Mexico without the proper documentation to be legally present in the United States. He illegally crossed the United States border on December 18, 2025, through Naco, Arizona at approximately 2:00 a.m. His family in Mexico made the arrangements to be smuggled into the United States. He agreed to pay a total of $10,000 USD to be smuggled, paying an initial $1,500 USD to start the process. He was taken to the border wall near Naco, Arizona and then was guided by phone until

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Manuel Valera-Alcoser | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 19, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.**

he arrived at some homes. Once he hung up with the guide, he hid behind a home and waited for seven hours. At approximately 9:00 a.m., he received a call from the guide. The guide told him to walk past the houses and there would be a car waiting for him. He found a vehicle waiting and the guide told him to get in. He stated that it was the only car in that area. He described the vehicle as a small, enclosed car. He got in the rear seat that was folded down and he laid down and covered himself with his jacket. He stated that there was a female driver and male passenger in the vehicle. He described the driver as having red hair and tied up. Neither the driver nor passenger gave any instructions. He did notice that the driver had her GPS on, and she made a phone call in English which he could not understand. They drove for about an hour until they were stopped by police. They did not make any stops, and the vehicle never changed drivers. He did not pay the driver any money nor did she ask for any sort of payment.

After waiving his *Miranda* rights, principal **James David Slocum** stated a few nights ago he called **Elizabeth Marie Tullman** to vent to her about his troubles as they have been friends for more than six years. She mentioned that she was making a trip that could possibly help him with his financial problems. He accepted the offer due to his financial problems. On December 18, 2025, **Slocum** picked up **Tullman** and the two of them drove south until they reached a gas station. He thinks this might have been in either Benson or Douglas, AZ. After leaving the Circle K, **Tullman** took over driving and headed west towards Naco, AZ. During the drive to Naco, he stated they were both being guided by a person on What's App text messaging. The person on What's App told them to drive south on a road towards a bar. The person communicating with them via text seemed to know where they were, and where the best place to pick up the alien was. He and **Tullman** picked up one illegal alien in an alley near some houses that resembled shanty's rather than regular houses. He stated he could see the border fence which separates the United States from Mexico. Once the illegal alien got in the vehicle, the illegal alien laid down in the back and did not have any communication with **Tullman** or **Slocum**. He believed the same person communicating with him was also communicating with the illegal alien as he knew which vehicle to get into, and he did not need to tell the illegal alien anything. Tullman drove towards Benson using the same route they used when they drove from Phoenix. When they stopped again for gas in Benson, AZ, at approximately 10:20 am, they were pulled over by DPS for having illegal tint. When asked if **Slocum** was going to be paid for the trip, he stated they were initially told they would be picking up five illegal aliens and were to be paid $1000 per alien. Later, they were told there were three aliens, but they only picked up one.